Sandra E. BOOTH, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

Robert V. Chisholm, Claimant–Appellant,

v.

Anthony J. Principi, Secretary of Veterans Affairs, Respondent–Appellee.

Kenneth B. Mason, Claimant–Appellant,

v.

Anthony J. Principi, Secretary of Veterans Affairs, Respondent–Appellee.

Keith D. Snyder, Claimant–Appellant,

v.

Anthony J. Principi, Secretary of Veterans Affairs, Respondent–Appellee.

Charles T. Clark, Claimant–Appellant,

v.

Anthony J. Principi, Secretary of Veterans Affairs, Respondent–Appellee.

Marshall O. Potter, Claimant–Appellant,

v.

Anthony J. Principi, Secretary of Veterans Affairs, Respondent–Appellee.

Nos. 02–7321, 02–7329, 02–7330, 02–7331, 02–7332, 02–7333, 02–7334, 02–7335, 02–7336.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2003.

ON MOTION

MICHEL, Circuit Judge.

*ORDER*

Upon consideration of the appellants' unopposed motions to remand their cases to the Court of Appeals for Veterans Claims, in view of this court's recent decision in *Halpern v. Principi,* 313 F.3d 1364 (Fed.Cir.2002),

IT IS ORDERED THAT:

The motions are granted. All sides shall bear their own costs.